# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10959-TPA |
| | : | |
| Michael Paul Hill and | : | CHAPTER 13 |
| Heather Lynn Hill, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

July 14, 2017 – Husband & Wife

July 28, 2017

August 11, 2017

August 25, 2017

September 8, 2017

Next Payment Advice Expected (post-filing):

September 22, 2017 – Husband & Wife


C.B.    HILL, MICHAEL PAUL AND HEATHER LYNN

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 030713 | 05042A | | 000281695 | |

# Earnings Statement

ADP

*METZ CULINARY MANAGEMENT*
*2 WOODLAND DRIVE*
*DALLAS, PA 18612*
*510-675-8100*

Period Beginning: 06/25/2017
Period Ending: 07/08/2017
Pay Date: 07/14/2017

Taxable Marital Status:
  Federal:    Single

Exemptions/Allowances:
  Federal:    1,$20 Additional Tax

**MICHAEL HILL**
**20 JOHNSON ST**
**UNION CITY PA 16438**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.7211 | 80.00 | 2,057.69 | 28,396.12 |
| Bonus | | | | 1,500.00 |
| **Gross Pay** | | | **$2,057.69** | 30,307.66 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Regular | 25.7211 | 80.00 | 2,057.69 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -309.46 | 4,468.30 |
| | Social Security Tax | -127.57 | 1,879.07 |
| | Medicare Tax | -29.84 | 439.46 |
| | PA State Income Tax | -65.17 | 942.43 |
| | Summit Twp Income Tax | -20.58 | 303.12 |
| | Summit Twp Local Svc Tax | -2.00 | 32.00 |
| | PA SUI/SDI Tax | -1.45 | 21.22 |
| **Other** | | | |
| | Shoes | | 263.84 |
| **Net Pay** | | **$1,501.62** | |
| | Checking | -1,501.62 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married
Exemptions/Allowances:
  PA:    N/A,$2 Additional Tax

Your federal taxable wages this period are $2,057.69

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
510-675-8100

Advice number: 00000281695
Pay date: 07/14/2017



Deposited to the account of
MICHAEL HILL

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx1240 | xxxx | xxxx | $1,501.62 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 030713 | 05042A | | 0000301746 | |

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
510-675-8100

Period Beginning: 07/09/2017
Period Ending: 07/22/2017
Pay Date: 07/28/2017

Taxable Marital Status:
  Federal:         Single

Exemptions/Allowances:
  Federal:         1,$20 Additional Tax

MICHAEL HILL
20 JOHNSON ST
UNION CITY PA 16438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.7211 | 80.00 | 2,057.69 | 30,453.81 |
| Bonus | | | | 1,500.00 |
| **Gross Pay** | | | **$2,057.69** | 32,365.35 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Regular | 25.7211 | 80.00 | 2,057.69 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -309.46 | 4,777.76 |
| | Social Security Tax | -127.58 | 2,006.65 |
| | Medicare Tax | -29.84 | 469.30 |
| | PA State Income Tax | -65.17 | 1,007.60 |
| | Summit Twp Income Tax | -20.58 | 323.70 |
| | Summit Twp Local Svc Tax | -2.00 | 34.00 |
| | PA SUI/SDI Tax | -1.44 | 22.66 |
| | **Other** | | |
| | Shoes | | 263.84 |
| | **Net Pay** | **$1,501.62** | |
| | Checking | -1,501.62 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:        Married
Exemptions/Allowances:
  PA:        N/A,$2 Additional Tax

Your federal taxable wages this period are
$2,057.69

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
510-675-8100

Advice number: 00000301746
Pay date: 07/28/2017

Deposited to the account of
MICHAEL HILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx xxxx | $1,501.62 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 030713 | 05042A | | 0000321697 | 1 |

**Earnings Statement**

ADP

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning:   07/23/2017
Period Ending:      08/05/2017
Pay Date:           08/11/2017

Taxable Marital Status:
    Federal:          Single

Exemptions/Allowances:
    Federal:          1,$20 Additional Tax

MICHAEL HILL
20 JOHNSON ST
UNION CITY PA 16438

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.7211 | 80.00 | 2,057.69 | 32,511.50 |
| Bonus | | | | 1,500.00 |
| **Gross Pay** | | | **$2,057.69** | 34,423.04 |

| **Earnings by Job** | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Regular | 25.7211 | 80.00 | 2,057.69 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -309.46 | 5,087.22 |
| | Social Security Tax | -127.58 | 2,134.23 |
| | Medicare Tax | -29.83 | 499.13 |
| | PA State Income Tax | -65.17 | 1,072.77 |
| | Summit Twp Income Tax | -20.58 | 344.28 |
| | Summit Twp Local Svc Tax | -2.00 | 36.00 |
| | PA SUI/SDI Tax | -1.44 | 24.10 |
| **Other** | | | |
| | Shoes | | 263.84 |
| **Net Pay** | | **$1,501.63** | |
| | Checking | -1,501.63 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:          Married
Exemptions/Allowances:
    PA:          N/A,$2 Additional Tax

Your federal taxable wages this period are
$2,057.69

) 2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number:   00000321697
Pay date:        08/11/2017

Deposited to the account of
MICHAEL HILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx xxxx | $1,501.63 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 030713 | 05042A | | 000342301 | |

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 08/06/2017
Period Ending: 08/19/2017
Pay Date: 08/25/2017

Taxable Marital Status:
  Federal:   Single

Exemptions/Allowances:
  Federal:   1,$20 Additional Tax

MICHAEL HILL
20 JOHNSON ST
UNION CITY PA 16438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.7211 | 80.00 | 2,057.69 | 34,569.19 |
| Bonus | | | | 1,500.00 |
| **Gross Pay** | | | **$2,057.69** | 36,480.73 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
|   Regular | 25.7211 | 80.00 | 2,057.69 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -309.46 | | 5,396.68 |
| Social Security Tax | -127.58 | | 2,261.81 |
| Medicare Tax | -29.84 | | 528.97 |
| PA State Income Tax | -65.17 | | 1,137.94 |
| Summit Twp Income Tax | -20.58 | | 364.86 |
| Summit Twp Local Svc Tax | -2.00 | | 38.00 |
| PA SUI/SDI Tax | -1.44 | | 25.54 |
| **Other** | | | |
| Shoes | -34.99 | | 298.83 |
| **Net Pay** | | **$1,466.63** | |
| Checking | -1,466.63 | | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:   Married
Exemptions/Allowances:
  PA:   N/A,$2 Additional Tax

Your federal taxable wages this period are $2,057.69

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000342301
Pay date: 08/25/2017

Deposited to the account of
MICHAEL HILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx xxxx | $1,466.63 |



# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 030713 | 05042A | | 000000363307 | |

**Earnings Statement** ADP

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 08/20/2017
Period Ending: 09/02/2017
Pay Date: 09/08/2017

Taxable Marital Status:
  Federal: Single

Exemptions/Allowances:
  Federal: 1,$20 Additional Tax

MICHAEL HILL
20 JOHNSON ST
UNION CITY PA 16438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.7211 | 80.00 | 2,057.69 | 36,626.88 |
| Bonus | | | | 1,500.00 |
| **Gross Pay** | | | **$2,057.69** | 38,538.42 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Regular | 25.7211 | 80.00 | 2,057.69 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -309.46 | 5,706.14 |
| | Social Security Tax | -127.57 | 2,389.38 |
| | Medicare Tax | -29.84 | 558.81 |
| | PA State Income Tax | -65.17 | 1,203.11 |
| | Summit Twp Income Tax | -20.58 | 385.44 |
| | Summit Twp Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -1.44 | 26.98 |
| | **Other** | | |
| | Shoes | -34.99 | 333.82 |
| | **Net Pay** | **$1,466.64** | |
| | Checking | -1,466.64 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married
Exemptions/Allowances:
  PA: N/A,$2 Additional Tax

Your federal taxable wages this period are $2,057.69

© 2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000363307
Pay date: 09/08/2017

Deposited to the account of
MICHAEL HILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx xxxx | $1,466.64 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 027666 | 02021A | | 00000280312 | |

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
510-675-8100

Period Beginning: 06/25/2017
Period Ending: 07/08/2017
Pay Date: 07/14/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

HEATHER HILL
20 JOHNSON ST
UNION CITY PA 16438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sick | 21.7885 | 72.00 | 1,568.77 | |
| Vacation | 21.7885 | 8.00 | 174.31 | 174.31 |
| Regular | | | | 20,394.03 |
| Bonus | | | | 1,500.00 |
| **Gross Pay** | | | **$1,743.08** | 25,903.12 |

Your federal taxable wages this period are $1,461.08

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Sick | 21.7885 | 72.00 | 1,568.77 |
| Vacation | 21.7885 | 8.00 | 174.31 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.04 | 1,688.27 |
| | Social Security Tax | -90.59 | 1,400.65 |
| | Medicare Tax | -21.18 | 327.57 |
| | PA State Income Tax | -44.86 | 693.57 |
| | Erie City Income Tax | -17.24 | 266.58 |
| | Erie City Local Svc Tax | -2.00 | 32.00 |
| | PA SUI/SDI Tax | -1.22 | 18.13 |
| | **Other** | | |
| | Dent Pre Tax | -13.00* | 182.00 |
| | Health Ins | -269.00* | 3,130.00 |
| | Shoes | | 89.96 |
| **Net Pay** | | | **$1,173.95** |
| | Checking | -1,173.95 | |
| **Net Check** | | | **$0.00** |

* Excluded from federal taxable wages

© 2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
510-675-8100

Advice number: 00000280312
Pay date: 07/14/2017

Deposited to the account of
HEATHER HILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx xxxx | $1,173.95 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 027666 | 02021A | | 0000300302 | |

# Earnings Statement

**ADP**

*METZ CULINARY MANAGEMENT*
*2 WOODLAND DRIVE*
*DALLAS, PA 18612*
*510-675-8100*

Period Beginning: 07/09/2017
Period Ending: 07/22/2017
Pay Date: 07/28/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

HEATHER HILL
20 JOHNSON ST
UNION CITY PA 16438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Vacation | 21.7885 | 72.00 | 1,568.77 | 1,743.08 |
| Regular | | | | 20,394.03 |
| Bonus | | | | 1,500.00 |
| **Gross Pay** | | | **$1,568.77** | 27,471.89 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Vacation | 21.7885 | 72.00 | 1,568.77 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -83.89 | 1,772.16 |
| | Social Security Tax | -79.78 | 1,480.43 |
| | Medicare Tax | -18.66 | 346.23 |
| | PA State Income Tax | -39.50 | 733.07 |
| | Erie City Income Tax | -15.18 | 281.76 |
| | Erie City Local Svc Tax | -2.00 | 34.00 |
| | PA SUI/SDI Tax | -1.10 | 19.23 |
| | **Other** | | |
| | Dent Pre Tax | -13.00* | 195.00 |
| | Health Ins | -269.00* | 3,399.00 |
| | Shoes | | 89.96 |
| | **Net Pay** | **$1,046.66** | |
| | Checking | -1,046.66 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,286.77

© 2000 ADP, LLC

---

*METZ CULINARY MANAGEMENT*
*2 WOODLAND DRIVE*
*DALLAS, PA 18612*
*510-675-8100*

**Advice number:** 00000300302
**Pay date:** 07/28/2017

**Deposited to the account of**
HEATHER HILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx xxxx | $1,046.66 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 027666 | 02021A | | 0000320314 | |

**Earnings Statement**

ADP

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 07/23/2017
Period Ending: 08/05/2017
Pay Date: 08/11/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

HEATHER HILL
20 JOHNSON ST
UNION CITY PA 16438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7885 | 32.00 | 697.23 | 21,091.26 |
| Bonus | | | | 1,500.00 |
| Vacation | | | | 1,743.08 |
| **Gross Pay** | | | **$697.23** | 28,169.12 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
|   Regular | 21.7885 | 32.00 | 697.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -25.74 | 1,506.17 |
| | Medicare Tax | -6.02 | 352.25 |
| | PA State Income Tax | -12.75 | 745.82 |
| | Erie City Income Tax | -4.90 | 286.66 |
| | Erie City Local Svc Tax | -2.00 | 36.00 |
| | PA SUI/SDI Tax | -0.49 | 19.72 |
| | Federal Income Tax | | 1,772.16 |
| | **Other** | | |
| | Dent Pre Tax | -13.00* | 208.00 |
| | Health Ins | -269.00* | 3,668.00 |
| | Shoes | | 89.96 |

| **Net Pay** | | **$363.33** | |
|---|---|---|---|
| Checking | | -363.33 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $415.23

2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000320314
Pay date: 08/11/2017

Deposited to the account of
HEATHER HILL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx xxxx | $363.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 027666 | 02021A | | 000034**** | |

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 08/06/2017
Period Ending: 08/19/2017
Pay Date: 08/25/2017

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:    1
    PA:    N/A

HEATHER HILL
20 JOHNSON ST
UNION CITY PA 16438

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7885 | 80.00 | 1,743.08 | 22,834.34 |
| Bonus | | | | 1,500.00 |
| Vacation | | | | 1,743.08 |
| **Gross Pay** | | | **$1,743.08** | 29,912.20 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Regular | 21.7885 | 80.00 | 1,743.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.04 | 1,882.20 |
| | Social Security Tax | -90.59 | 1,596.76 |
| | Medicare Tax | -21.19 | 373.44 |
| | PA State Income Tax | -44.86 | 790.68 |
| | Erie City Income Tax | -17.24 | 303.90 |
| | Erie City Local Svc Tax | -2.00 | 38.00 |
| | PA SUI/SDI Tax | -1.22 | 20.94 |
| | **Other** | | |
| | Dent Pre Tax | -13.00* | 221.00 |
| | Health Ins | -269.00* | 3,937.00 |
| | Shoes | | 89.96 |
| **Net Pay** | | | **$1,173.94** |
| Checking | | | -1,173.94 |
| **Net Check** | | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,461.08

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000340531
Pay date: 08/25/2017

Deposited to the account of
HEATHER HILL

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx1240 | xxxx  xxxx | $1,173.94 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| MX8 | 027666 | 02021A | | 0000361199 | |

# Earnings Statement

**ADP**

*METZ CULINARY MANAGEMENT*
*2 WOODLAND DRIVE*
*DALLAS, PA 18612*
*570-675-8100*

Period Beginning: 08/20/2017
Period Ending: 09/02/2017
Pay Date: 09/08/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

HEATHER HILL
20 JOHNSON ST
UNION CITY PA 16438

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.7885 | 80.00 | 1,743.08 | 24,577.42 |
| Bonus | | | | 1,500.00 |
| Vacation | | | | 1,743.08 |
| **Gross Pay** | | | **$1,743.08** | 31,655.28 |

| **Earnings by Job** | rate | hours | this period |
|---|---|---|---|
| Management | | | |
| Regular | 21.7885 | 80.00 | 1,743.08 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -110.04 | 1,992.24 |
| | Social Security Tax | -90.59 | 1,687.35 |
| | Medicare Tax | -21.18 | 394.62 |
| | PA State Income Tax | -44.86 | 835.54 |
| | Erie City Income Tax | -17.24 | 321.14 |
| | Erie City Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -1.22 | 22.16 |
| | **Other** | | |
| | Dent Pre Tax | -13.00* | 234.00 |
| | Health Ins | -269.00* | 4,206.00 |
| | Shoes | | 89.96 |
| | **Net Pay** | **$1,173.95** | |
| | Checking | -1,173.95 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,461.08

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000361199
Pay date: 09/08/2017

Deposited to the account of
HEATHER HILL

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx1240 | xxxx | xxxx | $1,173.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10959-TPA |
| | : | |
| Michael Paul Hill and | : | CHAPTER 13 |
| Heather Lynn Hill, | : | |
| Debtors | : | |
| | : | |
| Michael Paul Hill, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Michael Paul Hill**, hereby state as follows:

1.) I am employed at Metz Culinary Management where I bring home an average of $3,223.20 per month.
2.) I receive an assistance from my mother in the amount of $150.00 per month.
3.) I was required to file 2015 - 2016 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>September 19, 2017</u>          <u>/s/ Michael Paul Hill</u>
                                                           Debtor