| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael Paul Hill** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–2309 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Heather Lynn Hill** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–4758 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  13   9/12/17 | |
| Case number:    17–10959–TPA | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                  12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Paul Hill | Heather Lynn Hill |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 20 Johnson Street <br> Union City, PA 16438 | 20 Johnson Street <br> Union City, PA 16438 |
| 4. | **Debtor's attorney** <br> Name and address | Daniel P. Foster <br> Foster Law Offices <br> PO Box 966 <br> Meadville, PA 16335 | Contact phone 814.724.1165 |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court <br> U.S. Courthouse, Room B160 <br> 17 South Park Row <br> Erie, PA 16501 | Hours open Monday – Friday <br> 9:00 AM – 4:30 PM <br> Contact phone 814–464–9740 <br> Date: 10/5/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> **Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **November 7, 2017 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/8/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/5/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/11/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**11/7/17** at **03:00 PM**, Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 17-10959-TPA
Michael Paul Hill                                             Chapter 13
Heather Lynn Hill
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1        User: gamr              Page 1 of 2             Date Rcvd: Oct 05, 2017
                            Form ID: 309I           Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
```
db/jdb         +Michael Paul Hill,    Heather Lynn Hill,    20 Johnson Street,    Union City, PA 16438-1466
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Nicholas R. Pagliari,    MacDonald, Illig, Jones & Britton LLP,    100 State Street, Suite 700,
                 Erie, PA 16507-1459
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14691352       +Aes / Pnc Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14691354       +Anesthesia Consultants of Erie,    232 West 25th Street,    Erie, PA 16544-0002
14691355       +Ariosa Diagnostics Inc,    Dept. Ch 16829,    Palatine, IL 60055-0001
14691356       +Associated Clinical Laboratories,    PO Box 740631,    Cincinnati, OH 45274-0631
14691360       +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14691361       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
14691363       +Community Medicine, Inc.,    1024 West View Park Drive,    Pittsburgh, PA 15229-1771
14691366       +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
14691369       +Erie Community Credit Union,    1129 State Street,    Erie, PA 16501-1911
14691371       +First Federal Credit & Collections,    24700 Chagrin Boulevard,    Suite 205,
                 Cleveland, OH 44122-5662
14691372       +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
14691378       +Medicor Associates Inc,    3330 Peach Street,    Room 203,    Erie, PA 16508-2772
14691380       +North American Partners in Anesthesia,    PO Box 275,    Glen Head, NY 11545-0275
14691381       +Ob/Gyn Associates of Erie,    100 Peach Street,    Suite 300,    Erie, PA 16507-1423
14691384       +Pathology Associates of Erie,    5700 Southwyck Boulevard,    Toledo, OH 43614-1509
14691386       +Receiables Outsourcing LLC,    PO Box 62850,    Baltimore, MD 21264-2850
14691393       +Transworld Systems Inc,    300 Cedar Ridge Drive,    Suite 307,    Pittsburgh, PA 15205-1159
14691395       +UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14691396       +Upper Body Rehabiliation Center,    300 State Street,    Suite 206,    Erie, PA 16507-1429
14691398        Wells Fargo Financial National Bank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dan@mrdebtbuster.com Oct 06 2017 01:22:53      Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA  16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:23:10      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 06 2017 01:23:15
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14691353        EDI: HNDA.COM Oct 06 2017 01:23:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
14691357       +EDI: CAPITALONE.COM Oct 06 2017 01:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14691358       +EDI: CAPITALONE.COM Oct 06 2017 01:23:00      Capital One / Nautilus,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
14691359       +EDI: MERRICKBANK.COM Oct 06 2017 01:23:00      Cardworks / CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14691362       +EDI: WFNNB.COM Oct 06 2017 01:23:00      Comenity Bank / Kings Sizes,    Po Box 182125,
                 Columbus, OH 43218-2125
14691364       +EDI: CCS.COM Oct 06 2017 01:23:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14691365       +EDI: RCSFNBMARIN.COM Oct 06 2017 01:23:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
14691367        EDI: RCSDELL.COM Oct 06 2017 01:23:00      Dell Financial Services,    Attn: Bankruptcy,
                 Po Box 81577,    Austin, TX 78708
14699042        EDI: DISCOVER.COM Oct 06 2017 01:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14691368       +EDI: DISCOVER.COM Oct 06 2017 01:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14691370       +EDI: BLUESTEM Oct 06 2017 01:23:00      Fingerhut,    6250 Ridgewood Road,
                 St Cloud, MN 56303-0820
14691373       +EDI: IIC9.COM Oct 06 2017 01:23:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
14691374       +EDI: CBSKOHLS.COM Oct 06 2017 01:23:00      Kohls / Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
14691375       +E-mail/Text: bk@lendingclub.com Oct 06 2017 01:23:27      Lending Club Corporation,
                 71 Stevenson Street,    Suite 300,    San Francisco, CA 94105-2985
14691376        E-mail/Text: camanagement@mtb.com Oct 06 2017 01:23:03      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14691377       +E-mail/Text: mwetherbee@mmchs.org Oct 06 2017 01:23:25      Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
14691379       +E-mail/Text: electronicbkydocs@nelnet.net Oct 06 2017 01:23:19      Nelnet,    Bankruptcy,
                 Po Box 82505,    Lincoln, NE 68501-2505
14691383       +EDI: AGFINANCE.COM Oct 06 2017 01:23:00      Onemain Financial,    Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
```

```
District/off: 0315-1           User: gamr                 Page 2 of 2                  Date Rcvd: Oct 05, 2017
                               Form ID: 309I              Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14691382       +EDI: AGFINANCE.COM Oct 06 2017 01:23:00      Onemain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
14692183       +EDI: PRA.COM Oct 06 2017 01:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14691385       +E-mail/Text: BankruptcyMail@questdiagnostics.com Oct 06 2017 01:23:39       Quest Diagnostic,
                 3 Giralda Farms,   Madison, NJ 07940-1027
14691387       +EDI: RMSC.COM Oct 06 2017 01:23:00      Syncb,   Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14691388       +EDI: RMSC.COM Oct 06 2017 01:23:00      Syncb / HH Gregg,   Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14691389       +EDI: RMSC.COM Oct 06 2017 01:23:00      Syncb / Specialized,   Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14691390       +EDI: RMSC.COM Oct 06 2017 01:23:00      Synchrony Bank / JCPenneys,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14691391       +EDI: RMSC.COM Oct 06 2017 01:23:00      Synchrony Bank / Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14691392       +E-mail/Text: DL-ICOMSBankruptcy@charter.com Oct 06 2017 01:23:27       Time Warner Cable,
                 60 Columbus Circle,   New York, NY 10023-5860
14691394       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 06 2017 01:23:31      UPMC Hamot,    201 State Street,
                 Erie, PA 16550-0001
14691397       +EDI: VERIZONEAST.COM Oct 06 2017 01:23:00      Verizon,   Bankruptcy Administration,
                 500 Tecnolgy Drive,   Suite 500,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +Erie Community Credit Union,   1129 State Street,   Erie, PA 16501-1911
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Michael Paul Hill dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Heather Lynn Hill dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Nicholas R. Pagliari    on behalf of Creditor   Erie Community Credit Union npagliari@mijb.com,
           sburick@mijb.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```