IN THE UNITED STATES BANKRUPTCY COURT
For the WESTERN DISTRICT of PENNSYLVANIA
ERIE DIVISION

In re:

Michael Hill

          Debtor(s)

Chapter: 13
Case Number: 17-10959-TPA
Assigned to the Honorable:

REQUEST FOR SPECIAL NOTICE
[NO Hearing Required]

TO THE CLERK:

      The undersigned attorneys for:

CAVALRY SPV I, LLC
Merchant Name:NAUTILUS

a creditor of the above referenced debtor.

      Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

      REQUEST IS HEREBY MADE that CAVALRY SPV I, LLC be given and served with all notices given or required to be given in the case as follows:

                CAVALRY SPV I, LLC
                Bass & Associates, P.C.
                3936 E. Ft. Lowell Road, Suite #200
                Tucson, AZ 85712

      Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/26/17
Account Number: *******0189

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
    Attorneys for Creditor
    CAVALRY SPV I, LLC
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ  85712-1083
    (520) 577-1544
    ecf@bass-associates.com