FILED
11/1/17 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10959  (TPA) |
| | : | |
| MICHAEL PAUL HILL and HEATHER LYNN HILL, | : | |
| | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| ERIE COMMUNITY CREDIT UNION, | : | Related to Docket Nos. 14 & 23 |
| | : | |
| Movant, | : | |
| | : | Hearing Date & Time: |
| v. | : | November 7, 2017 @ 3:00 p.m. |
| | : | |
| MICHAEL PAUL HILL, HEATHER LYNN HILL and RONDA J. WINNECOUR, Chapter 13 Trustee, | : | Response Deadline: October 31, 2017 |
| | : | |
| Respondents. | : | JUDGE AGRESTI |

### ORDER

Upon consideration of the *Stipulation Amending Plan Terms* (the "Stipulation") filed by Erie Community Credit Union ("ECCU") and Michael Paul Hill and Heather Lynn Hill (the "Debtors", and collectively with ECCU, the "Parties"), it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is APPROVED and Section 5 of the Debtors' *Chapter 13 Plan dated October 4, 2017* (the "Plan") (Secured Claims to be Fully Paid According to Modified Terms and Liens Retained) is hereby amended as follows:

1.    The Modified Principal Balance due to ECCU shall be $15,295.71; and

2.    The Interest Rate shall be 6%.

IT IS SO ORDERED, this __1st__ day of _____November_____, 2017.

THOMAS P. AGRESTI, JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10959-TPA
Michael Paul Hill                                                   Chapter 13
Heather Lynn Hill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 1             Date Rcvd: Nov 01, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db/jdb          +Michael Paul Hill,    Heather Lynn Hill,    20 Johnson Street,    Union City, PA 16438-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Michael Paul Hill dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Heather Lynn Hill dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Nicholas R. Pagliari    on behalf of Creditor   Erie Community Credit Union npagliari@mijb.com,
           sburick@mijb.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 6