**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10959-TPA |
| **Michael Paul Hill and** | : | |
| **Heather Lynn Hill,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 65 |
| **Michael Paul Hill and** | : | |
| **Heather Lynn Hill,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **November 22, 2019,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **December 11, 2019 at 11:30 AM** in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>November 5, 2019</u>                                    Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>November 5, 2019</u> | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

Erie Community Credit Union
1129 State Street
Erie, PA 16501-1911

PRA Receivables Management, LLC
claims@recoverycorp.com

Aes / Pnc Bank
Po Box 61047
Harrisburg, PA 17106-1047

AMERICAN HONDA FINANCE
PO BOX 168088
IRVING TX 75016-8088

Anesthesia Consultants of Erie
232 West 25th Street
Erie, PA 16544-0002

Ariosa Diagnostics Inc
Dept. Ch 16829
Palatine, IL 60055-0001

Associated Clinical Laboratories
PO Box 740631
Cincinnati, OH 45274-0631

CBCS
PO Box 2724
Columbus, OH 43216-2724

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One / Nautilus
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cardworks / CW Nexus
Po Box 9201
Old Bethpage, NY 11804-9001

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083

Citibank / The Home Depot
Po Box 790040
St. Louis, MO 63179-0040

Comenity Bank / Kings Sizes
Po Box 182125
Columbus, OH 43218-2125

Community Medicine, Inc.
1024 West View Park Drive
Pittsburgh, PA 15229-1771

Credit Acceptance
25505 West Twelve Mile Rd, Suite 3000
Southfield MI 48034-8331

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

DELL FINANCIAL SERVICES
PO BOX 81577
AUSTIN TX 78708-1577

Discover Bank
Po Box 3025
New Albany, OH 43054-3025

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Fingerhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

First Federal Credit & Collections
24700 Chagrin Boulevard
Suite 205
Cleveland, OH 44122-5662

First Savings Credit Card
Po Box 5019
Sioux Falls, SD 57117-5019

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

Kohls / Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of Murray Hill Grantor Trust
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club Corporation
71 Stevenson Street, Suite 300
San Francisco, CA 94105-2985

M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

Medicor Associates Inc
3330 Peach Street, Room 203
Erie, PA 16508-2772

Nelnet
Po Box 82505
Lincoln, NE 68501-2505

Nelnet on behalf of PHEAA
PA Higher Education Assistance Agency
PO Box 8147
Harrisburg, PA. 17105

North American Partners in Anesthesia
PO Box 275
Glen Head, NY 11545-0275

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Ob/Gyn Associates of Erie
100 Peach Street, Suite 300
Erie, PA 16507-1423

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Onemain Financial
Po Box 1010
Evansville, IN 47706-1010

Onemain Financial
Po Box 3251
Evansville, IN 47731-3251

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Pathology Associates of Erie
5700 Southwyck Boulevard
Toledo, OH 43614-1509

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quest Diagnostic
3 Giralda Farms
Madison, NJ 07940-1027

Receiables Outsourcing LLC
PO Box 62850
Baltimore, MD 21264-2850

Syncb
Po Box 965060
Orlando, FL 32896-5060

Syncb / HH Gregg
Po Box 965060
Orlando, FL 32896-5060

Syncb / Specialized
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / JCPenneys
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Lowes
Po Box 965060
Orlando, FL 32896-5060

Time Warner Cable
60 Columbus Circle
New York, NY 10023-5860

Transworld Systems Inc
300 Cedar Ridge Drive, Suite 307
Pittsburgh, PA 15205-1159

UPMC Hamot
201 State Street
Erie, PA 16550-0001

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

Upper Body Rehabiliation Center
300 State Street, Suite 206
Erie, PA 16507-1429

Verizon
500 Tecnolgy Drive, Suite 500
Weldon Springs, MO 63304-2225

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  73124-8838

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Financial National Bank
Cscl Dispute Team N8235-04m
Des Moines, IA 50306

Heather Lynn Hill
Michael Paul Hill
20 Johnson Street
Union City, PA 16438-1466

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com