FILED
11/26/19 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10959-TPA |
| Michael Paul Hill and | : | |
| Heather Lynn Hill, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 65 |
| Michael Paul Hill and | : | |
| Heather Lynn Hill, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### ORDER REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**AND NOW** on this ___26th___ day of ___November___, 2019, upon consideration of Debtors' Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion for Approval of Post-Petition Vehicle Financing is GRANTED.

Debtors are authorized to seek vehicle financing with a maximum monthly payment amount of Three Hundred Fifty Dollars ($350.00) per month.

The purchase/financing transaction shall occur on or before 30 days. An amended Chapter 13 Plan, to include the payment for the subject vehicle and a Report of Financing, shall be filed on or before 7 days after the date of purchase/financing.

BY THE COURT,

_____ vas
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael Paul Hill
Heather Lynn Hill
    Debtors

Case No. 17-10959-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: nsha    Page 1 of 1    Date Rcvd: Nov 26, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
db/jdb      +Michael Paul Hill,   Heather Lynn Hill,   20 Johnson Street,   Union City, PA 16438-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
            Daniel P. Foster    on behalf of Debtor Michael Paul Hill dan@mrdebtbuster.com,
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
            Daniel P. Foster    on behalf of Joint Debtor Heather Lynn Hill dan@mrdebtbuster.com,
             clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
            James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
            Nicholas R. Pagliari    on behalf of Creditor   Erie Community Credit Union npagliari@mijb.com,
             sburick@mijb.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                              TOTAL: 6