**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10959-TPA |
| | : | |
| **Michael Paul Hill and** | : | CHAPTER 13 |
| **Heather Lynn Hill,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Michael Paul Hill,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 74 |
| | : | |
| vs. | : | |
| | : | |
| **Metz Culinary Management,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>December 31, 2019</u>    By: /s/ Clarissa Bayhurst
                                        CLARISSA BAYHURST, PARALEGAL
                                        FOSTER LAW OFFICES
                                        Po Box 966
                                        Meadville, PA 16335
                                        Tel 814.724.1165
                                        Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**METZ CULINARY MANAGEMENT**
**2 WOODLAND DRIVE**
**DALLAS PA 18612**