# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-10959-TPA |
| | : | |
| **Michael Paul Hill and** | : | CHAPTER 13 |
| **Heather Lynn Hill,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 71 & 73 |
| **Michael Paul Hill and** | : | |
| **Heather Lynn Hill,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>December 31, 2019</u>

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Aes / Pnc Bank
Po Box 61047
Harrisburg, PA 17106-1047

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Anesthesia Consultants of Erie
232 West 25th Street
Erie, PA 16544-0002

Ariosa Diagnostics Inc
Dept. Ch 16829
Palatine, IL 60055-0001

Associated Clincical Laboratories
PO Box 740631
Cincinnati, OH 45274-0631

CBCS
PO Box 2724
Columbus, OH 43216-2724

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One / Nautilus
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Cardworks / CW Nexus
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083

Citibank / The Home Depot
Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Comenity Bank / Kings Sizes
Po Box 182125
Columbus, OH 43218-2125

Community Medicine, Inc.
1024 West View Park Drive
Pittsburgh, PA 15229-1771

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Erie Community Credit Union
1129 State Street
Erie, PA 16501-1911

Fingerhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

First Federal Credit & Collections
24700 Chagrin Boulevard
Suite 205
Cleveland, OH 44122-5662

First Savings Credit Card
Po Box 5019
Sioux Falls, SD 57117-5019

Michael Paul Hill
Heather Lynn Hill
20 Johnson Street
Union City, PA 16438-1466

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

Kohls / Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of Murray Hill Grantor Trust
2016-LC1
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club Corporation
71 Stevenson Street
Suite 300
San Francisco, CA 94105-2985

 (p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

Medicor Associates Inc
3330 Peach Street
Room 203
Erie, PA 16508-2772

Nelnet
Bankruptcy
Po Box 82505
Lincoln, NE 68501-2505

Nelnet on behalf of PHEAA
PA Higher Education Assistance Agency
PO Box 8147
Harrisburg, PA. 17105

North American Partners in Anesthesia
PO Box 275
Glen Head, NY 11545-0275

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Ob/Gyn Associates of Erie
100 Peach Street
Suite 300
Erie, PA 16507-1423

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Onemain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47706-1010

Onemain Financial
Po Box 1010
Evansville, IN 47731-3251

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

PRA Receivables Management, LLC
claims@recoverycorp.com

Nicholas R. Pagliari
MacDonald, Illig, Jones & Britton LLP
npagliari@mijb.com

Pathology Associates of Erie
5700 Southwyck Boulevard
Toledo, OH 43614-1509

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quest Diagnostic
3 Giralda Farms
Madison, NJ 07940-1027

Receiables Outsourcing LLC
PO Box 62850
Baltimore, MD 21264-2850

Syncb
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb / HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb / Specialized
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / JCPenneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Time Warner Cable
60 Columbus Circle
New York, NY 10023-5860

Transworld Systems Inc
300 Cedar Ridge Drive
Suite 307
Pittsburgh, PA 15205-1159

UPMC Hamot
201 State Street
Erie, PA 16550-0001

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Upper Body Rehabiliation Center
300 State Street
Suite 206
Erie, PA 16507-1429

Verizon
Bankruptcy Administration by American
500 Tecnolgy Drive
Suite 500
Weldon Springs, MO 63304-2225

Verizon
InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Financial National Bank
Cscl Dispute Team N8235-04m
Des Moines, IA 50306

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com