**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 17-10959-TPA |
| Michael Paul Hill and | : | |
| Heather Lynn Hill, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Community Medicine, Inc., | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:** Community Medicine, Inc.
**Incorrect Address:** 1024 West View Park Drive, Pittsburgh PA 15229-1771
**Correct Address:** 200 Lothrop Street, Suite 9055 Forbes Tower, Pittsburgh Pennsylvania 15213-2546

Respectfully Submitted,

Date: January 6, 2020

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors