# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 17-10959-TPA |
| Michael Paul Hill and | : | |
| Heather Lynn Hill, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Wells Fargo financial National Bank, | : | |
| *Movant*, | : | |
| | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:** **Wells Fargo Financial National Bank**
**Incorrect Address:** **Cscl Dispute Tea, N8235-04m, Des Moines IA 50306**
**Correct Address:** **PO Box 5943, Sioux Falls SD 57117-5943**

Respectfully Submitted,

Date: <u>February 24, 2020</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors