# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-10959-TPA |
| **Michael Paul Hill** ) | |
| **Heather Lynn Hill** ) | Chapter 13 |
| ) | Document No. 86 |
| **Debtors** ) | Related to Document No. 82 |

## CONSENT ORDER MODIFYING THE FEBRUARY 12, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated February 12, 2020 it is

ORDERED that Part "3.1" be amended to add the following: The newly incorporated secured claim of Westlake Financial for the purchase of the 2011 Dodge Durango (VIN D4RE2GG8BC731061) shall be **REPLACED** by:

**Erie Federal Credit Union**
**3503 Peach Street**
**Erie PA 16508**

ORDERED that Erie Federal Credit Union shall be the only secured creditor relative to the 2011 Dodge Durango (VIN D4RE2GG8BC731061). The contractual monthly payments **$328.11** shall commence with the Trustee's **April 2020** distribution.

The February 12, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____

                                          Thomas P. Agresti
                                          U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster
Daniel P. Foster
PA ID 92376
1210 Park Ave
Meadville PA 16335
(814)724-1165
Email: Dan@mrdebtbuster.com
Attorney for the Debtor

/s/Owen W. Katz
Owen W. Katz, PA I.D. 36473
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee