**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 17-10959-TPA** |
| **Michael Paul Hill AND** | : | |
| **Heather Lynn Hill,** | : | |
| Debtor. | : | |
| | : | **RELATED TO DOCKET NO.: 89** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING
APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR INTERIM COMPENSATION**

*TO THE RESPONDENT(S):*

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 4, 2020, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A *telephonic hearing* will be held on June 24, 2020, at 10:00 A.M. before Judge Thomas P. Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. All attorneys and Parties may only appear telephonically and must comply with Judge Agresti's Modified Telephone Procedures which can be found at http://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. While under the current COVID-19 circumstances it is not encouraged, the general public may personally appear. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date. Pro se parties may participate by phone at no charge by contacting CourtCall at www.courtcall.com or at (866) 582-6878 no later than 24 hours prior to the scheduled hearing.

Date: May 18, 2020                                                                                  /s/ Daniel P. Foster, Esquire
                                                                                                    Daniel P. Foster
                                                                                                    PA I.D. # 92376
                                                                                                    Foster Law Offices, LLC
                                                                                                    P.O. Box 966
                                                                                                    Meadville, PA 16335
                                                                                                    Phone: 814.724.1165
                                                                                                    Fax: 814.724.1158
                                                                                                    Email: dan@mrdebtbuster.com
                                                                                                    Attorney for Debtor/Movant

# CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Application of Foster Law Offices, LLC, Counsel to the Debtors, for Interim Compensation, Local Form 08 Summary, Exhibit C, Proposed Order and Notice of Telephonic Hearing and Response Deadline Regarding Application of Foster Law Offices, LLC, Counsel to the Debtors, for Interim Compensation** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **May 18, 2020**  *By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-10959-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon May 18 14:14:16 EDT 2020 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 | ECMC<br>ECMC<br>P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 |
| Erie Community Credit Union<br>1129 State Street<br>Erie, PA 16501-1911 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Aes / Pnc Bank<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Anesthesia Consultants of Erie<br>232 West 25th Street<br>Erie, PA 16544-0002 | Ariosa Diagnostics Inc<br>Dept. Ch 16829<br>Palatine, IL 60055-0001 | Associated Clinical Laboratories<br>PO Box 740631<br>Cincinnati, OH 45274-0631 |
| CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 | Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One / Nautilus<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cardworks / CW Nexus<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 |
| Citibank / The Home Depot<br>Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Comenity Bank / Kings Sizes<br>Po Box 182125<br>Columbus, OH 43218-2125 | Community Medicine, Inc.<br>200 Lothrop Street<br>Suite 9055, Forbes Tower<br>Pittsburgh, PA 15213-2536 |
| Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Creditech / Cbalv<br>Attn: Collections<br>Po Box 99<br>Bangor, PA 18013-0099 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | Erie Federal Credit Union<br>3503 Peach St<br>Erie PA 16508-2741 |

Fingerhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

First Federal Credit & Collections
24700 Chagrin Boulevard
Suite 205
Cleveland, OH 44122-5662

First Savings Credit Card
Po Box 5019
Sioux Falls, SD 57117-5019

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

Kohls / Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of Murray Hill Grantor Trust
2016-LC1
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club Corporation
71 Stevenson Street
Suite 300
San Francisco, CA 94105-2985

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

Medicor Associates Inc
3330 Peach Street
Room 203
Erie, PA 16508-2772

Nelnet
Bankruptcy
Po Box 82505
Lincoln, NE 68501-2505

Nelnet on behalf of PHEAA
PA Higher Education Assistance Agency
PO Box 8147
Harrisburg, PA. 17105
8 17105-8147

North American Partners in Anesthesia
PO Box 275
Glen Head, NY 11545-0275

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Ob/Gyn Associates of Erie
100 Peach Street
Suite 300
Erie, PA 16507-1423

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Onemain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

Onemain Financial
Po Box 1010
Evansville, IN 47706-1010

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Pathology Associates of Erie
5700 Southwyck Boulevard
Toledo, OH 43614-1509

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quest Diagnostic
3 Giralda Farms
Madison, NJ 07940-1027

Receiables Outsourcing LLC
PO Box 62850
Baltimore, MD 21264-2850

Syncb
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb / HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb / Specialized
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

| | | |
|---|---|---|
| Synchrony Bank / JCPenneys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank / Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Time Warner Cable<br>60 Columbus Circle<br>New York, NY 10023-5860 |
| Transworld Systems Inc<br>300 Cedar Ridge Drive<br>Suite 307<br>Pittsburgh, PA 15205-1159 | UPMC Hamot<br>201 State Street<br>Erie, PA 16550-0001 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Upper Body Rehabiliation Center<br>300 State Street<br>Suite 206<br>Erie, PA 16507-1429 |
| Verizon<br>Bankruptcy Administration<br>500 Tecnolgy Drive<br>Suite 500<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines,  IA    50306-0438 |
| Wells Fargo Financial National Bank<br>PO Box 5943<br>Sioux Falls, SD 57117-5943 | Westlake Financial Services<br>4751 Wilshire Blvd, Suite 100<br>Los Angele, CA 90010-3847 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Heather Lynn Hill<br>20 Johnson Street<br>Union City, PA 16438-1466 | Michael Paul Hill<br>20 Johnson Street<br>Union City, PA 16438-1466 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | Dell Financial Services<br>Attn: Bankruptcy<br>Po Box 81577<br>Austin, TX 78708 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| M & T Bank<br>Po Box 844<br>Buffalo, NY 14240 | (d)M&T Bank<br>P.O. Box 1288<br>Buffalo, NY 14240-1288 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)M&T BANK                     (d)ECMC                          (d)Erie Community Credit Union
                                PO Box 16408                     1129 State Street
                                St. Paul, MN 55116-0408          Erie, PA 16501-1911


(d)PRA Receivables Management, LLC    End of Label Matrix
PO Box 41021                           Mailable recipients    77
Norfolk, VA 23541-1021                 Bypassed recipients     4
                                       Total                  81
```

Case 17-10959-TPA    Doc 90    Filed 05/18/20    Entered 05/18/20 14:25:01    Desc Main
                           Document      Page 6 of 6