**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 17-10959-TPA |
| **Michael Paul Hill AND** | : | |
| **Heather Lynn Hill,** | : | |
| Debtor. | : | |
| | : | Related to Document No.(s): 89 & 90 |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Interim Compensation

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Application of Foster Law Offices, LLC, Counsel to the Debtor, for Interim Compensation*, filed on May 18, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than June 4, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: June 5, 2020

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Interim Compensation*** by First-Class Mail, U.S. Postage Paid or Electronic Mail on the parties below**\***.

Executed on: June 5, 2020

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Cavalry SPV I, LLC                    ECMC
0315-1                                   Bass & Associates, P.C.               ECMC
Case 17-10959-TPA                        3936 E. Ft. Lowell Rd, Suite #200     P.O. BOX 16408
WESTERN DISTRICT OF PENNSYLVANIA         Tucson, AZ 85712-1083                 ST. PAUL, MN 55116-0408
Erie
Fri Jun  5 13:50:46 EDT 2020

Erie Community Credit Union              PRA Receivables Management, LLC       1
1129 State Street                        PO Box 41021                          U.S. Bankruptcy Court
Erie, PA 16501-1911                      Norfolk, VA 23541-1021                U.S. Courthouse, Room B160
                                                                               17 South Park Row
                                                                               Erie, PA 16501-1169


Aes / Pnc Bank                           (p)AMERICAN HONDA FINANCE             Anesthesia Consultants of Erie
Po Box 61047                             P O BOX 168088                        232 West 25th Street
Harrisburg, PA 17106-1047                IRVING TX 75016-8088                  Erie, PA 16544-0002



Ariosa Diagnostics Inc                   Associated Clinical Laboratories      CBCS
Dept. Ch 16829                           PO Box 740631                         PO Box 2724
Palatine, IL 60055-0001                  Cincinnati, OH 45274-0631             Columbus, OH 43216-2724



Capital One                              Capital One / Nautilus                Capital One, N.A.
Attn: Bankruptcy                         Attn: Bankruptcy                      c/o Becket and Lee LLP
Po Box 30253                             Po Box 30285                          PO Box 3001
Salt Lake City, UT 84130-0253            Salt Lake City, UT 84130-0285         Malvern PA 19355-0701


Cardworks / CW Nexus                     Cavalry SPV I, LLC                    Citibank / The Home Depot
Attn: Bankruptcy                         Bass & Associates, P.C.               Centralized Bankruptcy
Po Box 9201                              3936 E. Ft. Lowell Road, Suite 200    Po Box 790040
Old Bethpage, NY 11804-9001              Tucson, AZ 85712-1083                 S Louis, MO 63179-0040


Comenity Bank / Kings Sizes              Community Medicine, Inc.              Credit Acceptance
Po Box 182125                            200 Lothrop Street                    25505 West Twelve Mile Rd
Columbus, OH 43218-2125                  Suite 9055, Forbes Tower              Suite 3000
                                         Pittsburgh, PA 15213-2536             Southfield MI 48034-8331


Credit Collection Services               Credit One Bank Na                    Creditech / Cbalv
725 Canton Street                        Po Box 98873                          Attn: Collections
Norwood, MA 02062-2679                   Las Vegas, NV 89193-8873              Po Box 99
                                                                               Bangor, PA 18013-0099


(p)DELL FINANCIAL SERVICES               Discover Bank                         Discover Financial
P O BOX 81577                            Discover Products Inc                 Po Box 3025
AUSTIN TX 78708-1577                     PO Box 3025                           New Albany, OH 43054-3025
                                         New Albany, OH 43054-3025


ECMC                                     Erie Federal Credit Union             Fingerhut
PO BOX 16408                             3503 Peach St                         6250 Ridgewood Road
ST. PAUL, MN 55116-0408                  Erie PA 16508-2741                    St Cloud, MN 56303-0820
```

| | | |
|---|---|---|
| First Federal Credit & Collections<br>24700 Chagrin Boulevard<br>Suite 205<br>Cleveland, OH 44122-5662 | First Savings Credit Card<br>Po Box 5019<br>Sioux Falls, SD 57117-5019 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| Kohls / Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Murray Hill Grantor Trust<br>2016-LC1<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending Club Corporation<br>71 Stevenson Street<br>Suite 300<br>San Francisco, CA 94105-2985 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 | Medicor Associates Inc<br>3330 Peach Street<br>Room 203<br>Erie, PA 16508-2772 | Nelnet<br>Bankruptcy<br>Po Box 82505<br>Lincoln, NE 68501-2505 |
| Nelnet on behalf of PHEAA<br>PA Higher Education Assistance Agency<br>PO Box 8147<br>Harrisburg, PA. 17105<br>8 17105-8147 | North American Partners in Anesthesia<br>PO Box 275<br>Glen Head, NY 11545-0275 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| Ob/Gyn Associates of Erie<br>100 Peach Street<br>Suite 300<br>Erie, PA 16507-1423 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Onemain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Pathology Associates of Erie<br>5700 Southwyck Boulevard<br>Toledo, OH 43614-1509 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quest Diagnostic<br>3 Giralda Farms<br>Madison, NJ 07940-1027 | Receiables Outsourcing LLC<br>PO Box 62850<br>Baltimore, MD 21264-2850 | Syncb<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb / HH Gregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb / Specialized<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank / JCPenneys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Synchrony Bank / Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Time Warner Cable<br>60 Columbus Circle<br>New York, NY 10023-5860 | Transworld Systems Inc<br>300 Cedar Ridge Drive<br>Suite 307<br>Pittsburgh, PA 15205-1159 |
| UPMC Hamot<br>201 State Street<br>Erie, PA 16550-0001 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Upper Body Rehabiliation Center<br>300 State Street<br>Suite 206<br>Erie, PA 16507-1429 | Verizon<br>Bankruptcy Administration<br>500 Tecnolgy Drive<br>Suite 500<br>Weldon Springs, MO 63304-2225 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines,   IA    50306-0438 | Wells Fargo Financial National Bank<br>PO Box 5943<br>Sioux Falls, SD 57117-5943 |
| Westlake Financial Services<br>4751 Wilshire Blvd, Suite 100<br>Los Angele, CA 90010-3847 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Heather Lynn Hill<br>20 Johnson Street<br>Union City, PA 16438-1466 |
| Michael Paul Hill<br>20 Johnson Street<br>Union City, PA 16438-1466 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | Dell Financial Services<br>Attn: Bankruptcy<br>Po Box 81577<br>Austin, TX 78708 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| M & T Bank<br>Po Box 844<br>Buffalo, NY 14240 | (d)M&T Bank<br>P.O. Box 1288<br>Buffalo, NY 14240-1288 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)M&T BANK | (d)ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (d)Erie Community Credit Union<br>1129 State Street<br>Erie, PA 16501-1911 |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    76<br>Bypassed recipients     4<br>Total                  80 | |