**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-10959-TPA |
| | : | |
| **Michael Paul Hill and** | : | CHAPTER 13 |
| **Heather Lynn Hill,** | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: 94 |
| **M&T Bank,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Michael Paul Hill and** | : | |
| **Heather Lynn Hill,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

The Chapter 13 Plan payment amount dated December 27, 2019 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$597.07**. The new post-petition monthly payment payable to **M&T Bank** is **$570.36**, effective **December 1, 2020** per the escrow notice filed **November 10, 2020**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: <u>November 16, 2020</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
|  | Daniel P. Foster |
|  | PA I.D. # 92376 |
|  | Foster Law Offices |
|  | 1210 Park Avenue |
|  | Meadville, PA 16335 |
|  | Phone: 814.724.1165 |
|  | Fax: 814.724.1158 |