**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/15/2021

IN RE:

MICHAEL PAUL HILL
HEATHER LYNN HILL
20 JOHNSON STREET
UNION CITY,  PA  16438
XXX-XX-2309          Debtor(s)

XXX-XX-4758

Case No.17-10959 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/15/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6911 |
| **NICHOLAS R PAGLIARI ESQ**<br>MACDONALD ILLIG JONES & BRITTON LLP<br>100 STATE ST STE 700<br>ERIE, PA 16507 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ERIE COMMUNITY CU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: M AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ERIE COMMUNITY CU**<br>1129 STATE ST<br>ERIE, PA 16501 | Trustee Claim Number: 4  INT %: 6.00%<br>Court Claim Number: 4<br>CLAIM: 7,261.34<br>COMMENT: SURR/PL-CONF*0091/SCH*$-%/STIP-CONF@PMT/CONF*DKT*PIF/INC/CR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4009 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/DECL-PL*DK4LMT*BGN 10/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3750 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 4,715.53<br>COMMENT: SURR/PL-CONF*PRIOR RATIFED/CONF*AMD CL=$0*W/57 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9255 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 12,544.11<br>COMMENT: FR PNC C/O PHEAA-DOC 41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4758 |
| **ARIOSA DIAGNOSTICS**<br>DEPT CH 16829<br>PALATINE, IL 60055 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7006 |
| **ASSOCIATED CLINICAL LAB**<br>1526 PEACH STREET<br>ERIE, PA 16507 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4021 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,862.60<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9916 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 1,741.91<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4714 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 404.36<br>COMMENT: RCS DIRECT/ORCHARD BANK*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2727 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ 85715 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 563.11<br>COMMENT: 0024/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0189 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br><br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 999.73<br>COMMENT: CW NEXUS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1226 |
| **CBCS**<br>PO BOX 2724<br><br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7825 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number: 22<br><br>CLAIM: 530.07<br>COMMENT: THE HOME DEPOT/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7268 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: 30<br><br>CLAIM: 1,016.65<br>COMMENT: KING SIZE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5157 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 2,592.10<br>COMMENT: FNBM~CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0659 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 417.45<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8483 |
| **CREDITECH**<br>POB 99*<br><br>BANGOR, PA 18013 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ANESTHESIA CNSLTNTS OF ERIE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5343 |

| Creditor | Claim Info | Details |
|---|---|---|
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC 29603-0390 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 557.28<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0945 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,659.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0397 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 842.81<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7605 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 2,294.34<br>COMMENT: FINGERHUT FRESHSTART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9486 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 1,170.88<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2366 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UPPER BODY REHAB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2348 |
| **FIRST SAVINGS CREDIT CARD**<br>PO BOX 5019<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7176 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TIME WARNER CABLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8200 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 811.33<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4380 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 1,097.69<br>COMMENT: WEBBANK-MURRAY HILL GRANTOR TRUST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3635 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MEDICOR ASSOCIATES INC**<br>3330 PEACH ST STE 203<br>ERIE, PA 16508-2772 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5008 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 10,077.09<br>COMMENT: 5824/SCH*FR NELNET C/O PHEAA-DOC 44 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2309 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMBINED @ 32 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5924 |
| **NORTH AMERICAN PARTNERS IN ANESTHESIA**<br>POB 275<br>GLEN HEAD, NY 11545 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5669 |
| **OB/GYN ASSOC**<br>100 PEACH ST<br>STE 300<br>ERIE, PA 16507 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9468 |
| **PATHOLOGY ASSOCIATES OF ERIE**<br>5700 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1098 |
| **RECEIVABLES OUTSOURCING INC++**<br>POB 22215<br>BEACHWOOD, OH 44122 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC HAMOT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7099 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 2,366.52<br>COMMENT: HH GREGG/SYNCHRONY BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8583 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 1,137.85<br>COMMENT: SPECIALIZED/HOME SOURCE/SYNCHRONY BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3410 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 529.09<br>COMMENT: JCP/SYNCHRONY BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6911 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 1,046.32<br>COMMENT: LOWES/SYNCHRONY BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9268 |
| **TRANSWORLD SYSTEMS++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 15090 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~COMMUNITY MDCN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5097 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 110.14<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4758 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,389.85<br>COMMENT: CHARGE OFF: 3/28/2017 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 695.06<br>COMMENT: 6283263645*CL8GOVS*3871/SCH*UNS/SCH-PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3645 |
| **ANESTHESIA CONSULTANTS OF ERIE**<br>225 WEST 25TH ST<br>ERIE, PA 16502 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY MEDICINE INC++**<br>POB 7627<br>FORT WASHINGTON, PA 19034 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br>MEADVILLE, PA 16335 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TIME WARNER CABLE**<br>530 S MAIN ST STE 1751<br>AKRON, OH 44311-1090 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC HAMOT MEDICAL CENTER**<br>201 STATE ST - PATIENT ACCOUNTING<br>ERIE, PA 16550 | Trustee Claim Number: 50 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **UPPER BODY REHABILIATION CENTER**<br>300 STATE ST STE 206<br><br>ERIE, PA  16507 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br><br>BUFFALO, NY  14240-1288 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  1,292.13<br>COMMENT:  $/CL-PL*THRU 9/17 | | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  3750 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  78.07<br>COMMENT:  SCH@44*LAST TRANSACTION 7/25/2017 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0857 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  2,046.18<br>COMMENT:  SCH@43 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4758 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:31<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL*338.54X(44 MOS REM+2)=LMT*BGN 1/19*LATE FILED CLAIM | | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  9741 |
| **WESTLAKE SERVICES LLC(*) DBA WESTLAKE F**<br>4751 WILSHIRE BLVD STE 100<br><br>LOS ANGELES, CA  90010 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:32<br><br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*346.98X33+2=LMT*BGN 1/20*DKT!! | | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  2780 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:2-2<br><br>CLAIM:  6,301.64<br>COMMENT:  REPO*AMD*SURR@6 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9255 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br><br>ERIE, PA  16508 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:33<br><br>CLAIM:  0.00<br>COMMENT:  PMT/COE-CL*BGN 4/20 DISB*328.11X(29+2)=LMT*NT PROV/PL | | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  0170 |