Certificate Number: 03088-PAW-DE-036891266

Bankruptcy Case Number: 17-10959



03088-PAW-DE-036891266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2022, at 11:31 o'clock AM CDT, Michael P Hill completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 10, 2022       By: /s/Doug Tonne

                             Name: Doug Tonne

                             Title: Counselor