Certificate Number: 03088-PAW-DE-036891265

Bankruptcy Case Number: 17-10959



03088-PAW-DE-036891265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2022, at 11:31 o'clock AM CDT, Heather L Hill completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 10, 2022   By:  /s/Doug Tonne

　　　　　　　　　　　　　　Name:  Doug Tonne

　　　　　　　　　　　　　　Title:  Counselor