IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10959-GLT |
| | : | |
| **Michael Paul Hill AND** | : | |
| **Heather Lynn Hill,** | : | |
| Debtors, | : | |
| | : | **Chapter 13** |
| **Michael Paul Hill AND** | : | |
| **Heather Lynn Hill,** | : | |
| Movants, | : | |
| v. | : | Docket No. 112 |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13, Trustee, | : | |
| Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 10, 2022, at docket numbers 110 and 111, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 17, 2022                                                                                    /s/ Daniel P. Foster, Esquire
                                                                                                           Daniel P. Foster
                                                                                                           PA I.D. # 92376
                                                                                                           Foster Law Offices
                                                                                                           1210 Park Avenue
                                                                                                           Meadville, PA 16335
                                                                                                           Phone: 814.724.1165
                                                                                                           Fax: 814.724.1158
                                                                                                           Email: dan@mrdebtbuster.com
                                                                                                           Attorney for Debtor

**PAWB Local Form 24 (07/13)**