Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael Paul Hill** | : | Case No. 17−10959−GLT |
| **Heather Lynn Hill** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 115 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/8/23 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 25th of November, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 115 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) *On or before January 9, 2023*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *February 8, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael Paul Hill  
Heather Lynn Hill  
    Debtors

Case No. 17-10959-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Nov 25, 2022      Form ID: 604      Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Paul Hill, Heather Lynn Hill, 20 Johnson Street, Union City, PA 16438-1466 |
| 14691354 | + | Anesthesia Consultants of Erie, 232 West 25th Street, Erie, PA 16544-0002 |
| 14691355 | + | Ariosa Diagnostics Inc, Dept. Ch 16829, Palatine, IL 60055-0001 |
| 14691356 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14691360 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14691363 | + | Community Medicine, Inc., 200 Lothrop Street, Suite 9055, Forbes Tower, Pittsburgh, PA 15213-2536 |
| 14691366 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14691369 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15225663 | + | Erie Federal Credit Union, 3503 Peach St, Erie PA 16508-2741 |
| 14691378 | + | Medicor Associates Inc, 3330 Peach Street, Room 203, Erie, PA 16508-2772 |
| 14691380 | + | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14691381 | + | Ob/Gyn Associates of Erie, 100 Peach Street, Suite 300, Erie, PA 16507-1423 |
| 14691384 | + | Pathology Associates of Erie, 5700 Southwyck Boulevard, Toledo, OH 43614-1509 |
| 14691386 | + | Receiables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14691393 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14691396 | + | Upper Body Rehabiliation Center, 300 State Street, Suite 206, Erie, PA 16507-1429 |
| 14691398 | | Wells Fargo Financial National Bank, PO Box 5943, Sioux Falls, SD 57117-5943 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Nov 26 2022 00:05:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 26 2022 00:06:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691353 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 26 2022 00:06:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14691352 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | Aes / Pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14691357 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:33 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14691358 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:51 | Capital One / Nautilus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736800 | | Email/PDF: bncnotices@becket-lee.com | Nov 26 2022 00:04:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14691359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:04:32 | Cardworks / CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |

| Record | | Notice Method | Sent | Recipient |
|---|---|---|---|---|
| 14760917 | + | Email/Text: bnc@bass-associates.com | Nov 26 2022 00:05:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14691361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:46 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14691362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bank / Kings Sizes, Po Box 182125, Columbus, OH 43218-2125 |
| 15005681 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 26 2022 00:05:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14691364 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 26 2022 00:06:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14691365 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2022 00:04:44 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14691367 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 26 2022 00:04:54 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14699042 | | Email/Text: mrdiscen@discover.com | Nov 26 2022 00:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14691368 | + | Email/Text: mrdiscen@discover.com | Nov 26 2022 00:05:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14881743 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 26 2022 00:06:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691371 | | Email/Text: jill@ffcc.com | Nov 26 2022 00:05:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14691372 | | Email/Text: BNSFS@capitalsvcs.com | Nov 26 2022 00:05:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14691370 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 26 2022 00:06:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14691373 | | Email/Text: Bankruptcy@ICSystem.com | Nov 26 2022 00:05:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14691374 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 26 2022 00:05:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14764775 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:39 | LVNV Funding, LLC its successors and assigns as, assignee of Murray Hill Grantor Trust, 2016-LC1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14762169 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:55 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691375 | + | Email/Text: bk@lendingclub.com | Nov 26 2022 00:06:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14691376 | | Email/Text: camanagement@mtb.com | Nov 26 2022 00:06:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14714794 | | Email/Text: camanagement@mtb.com | Nov 26 2022 00:06:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14762307 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:04:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14691377 | + | Email/Text: mwetherbee@mmchs.org | Nov 26 2022 00:06:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14691379 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 26 2022 00:06:00 | Nelnet, Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14712820 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | Nelnet on behalf of PHEAA, PA Higher Education |

Case 17-10959-GLT    Doc 117    Filed 11/27/22    Entered 11/28/22 00:11:38    Desc
Imaged Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 4 |
| Date Rcvd: Nov 25, 2022 | Form ID: 604 | Total Noticed: 72 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Assistance Agency, PO Box 8147, Harrisburg, PA. 17105, 8 17105-8147 |
| 14706691 | | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:31 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14691383 | + | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:33 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14691382 | + | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:31 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14713214 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14744828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14692183 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2022 00:04:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768445 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14765324 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691385 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 26 2022 00:06:00 | Quest Diagnostic, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 14691387 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:51 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691388 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:43 | Syncb / HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691389 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:34 | Syncb / Specialized, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691390 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:43 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691391 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:35 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691392 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Nov 26 2022 00:06:00 | Time Warner Cable, 60 Columbus Circle, New York, NY 10023-5860 |
| 14691394 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 26 2022 00:06:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14691395 | ^ | MEBN | Nov 25 2022 23:59:49 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14762990 | ^ | MEBN | Nov 26 2022 00:00:32 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14763205 | ^ | MEBN | Nov 26 2022 00:00:24 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14738421 | | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2022 00:04:45 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14691397 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 26 2022 00:05:00 | Verizon, Bankruptcy Administration, 500 Tecnolgy Drive, Suite 500, Weldon Springs, MO 63304-2225 |
| 14726500 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 26 2022 00:04:52 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15198110 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 26 2022 00:06:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angele, CA 90010-3847 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762511 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14885599 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2022       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael Paul Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Heather Lynn Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Nicholas R. Pagliari | on behalf of Creditor Erie Community Credit Union npagliari@mijb.com sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6