**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL PAUL HILL<br>HEATHER LYNN HILL<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-10959<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


November 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/12/2017 and confirmed on 11/8/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,602.44 |
| Less Refunds to Debtor | 1,261.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,340.85 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,950.00 | |
|    Trustee Fee | 4,242.90 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,192.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 35,565.14 | 0.00 | 35,565.14 |
|     Acct: 3750 | | | | |
|   M & T BANK | 1,292.13 | 1,292.13 | 0.00 | 1,292.13 |
|     Acct: 3750 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BAN | 695.06 | 695.06 | 0.00 | 695.06 |
|     Acct: 3645 | | | | |
|   ERIE COMMUNITY CU | 7,261.34 | 7,261.34 | 1,807.23 | 9,068.57 |
|     Acct: 4009 | | | | |
|   ONE MAIN FINANCIAL(*) | 4,715.53 | 4,715.53 | 624.34 | 5,339.87 |
|     Acct: 9255 | | | | |
| | | | | 51,960.77 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL PAUL HILL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL PAUL HILL | 765.69 | 765.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL PAUL HILL | 495.90 | 495.90 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 950.00 | 950.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-20 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 15,572.84 | 0.00 | 15,572.84 |
|     Acct: 9741 | | | | |
|   WESTLAKE SERVICES LLC(*) DBA WESTL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2780 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 0.00 | 10,171.41 | 0.00 | 10,171.41 |
|     Acct: 0170 | | | | |
| | | | | 25,744.25 |
| **Unsecured** | | | | |
|   ECMC(*) | 12,544.11 | 1,884.88 | 0.00 | 1,884.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4758 | | | | |
|   ARIOSA DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7006 | | | | |
|   ASSOCIATED CLINICAL LAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4021 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,862.60 | 279.87 | 0.00 | 279.87 |
| Acct: 9916 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,741.91 | 261.74 | 0.00 | 261.74 |
| Acct: 4714 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 404.36 | 60.76 | 0.00 | 60.76 |
| Acct: 2727 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 563.11 | 84.61 | 0.00 | 84.61 |
| Acct: 0189 | | | | |
|   MERRICK BANK | 999.73 | 150.22 | 0.00 | 150.22 |
| Acct: 1226 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7825 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 530.07 | 79.65 | 0.00 | 79.65 |
| Acct: 7268 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,016.65 | 152.76 | 0.00 | 152.76 |
| Acct: 5157 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,592.10 | 389.49 | 0.00 | 389.49 |
| Acct: 0659 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 417.45 | 62.73 | 0.00 | 62.73 |
| Acct: 8483 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5343 | | | | |
|   DELL FINANCIAL SERVICES LLC | 557.28 | 83.74 | 0.00 | 83.74 |
| Acct: 0945 | | | | |
|   DISCOVER BANK(*) | 1,659.68 | 249.38 | 0.00 | 249.38 |
| Acct: 0397 | | | | |
|   DISCOVER BANK(*) | 842.81 | 126.64 | 0.00 | 126.64 |
| Acct: 7605 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO I | 2,294.34 | 344.75 | 0.00 | 344.75 |
| Acct: 9486 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO I | 1,170.88 | 175.94 | 0.00 | 175.94 |
| Acct: 2366 | | | | |
|   FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2348 | | | | |
|   FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7176 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8200 | | | | |
|   CAPITAL ONE NA** | 811.33 | 121.91 | 0.00 | 121.91 |
| Acct: 4380 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,097.69 | 164.94 | 0.00 | 164.94 |
| Acct: 3635 | | | | |
|   MEDICOR ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5008 | | | | |
|   ECMC(*) | 10,077.09 | 1,514.18 | 0.00 | 1,514.18 |
| Acct: 2309 | | | | |
|   NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5924 | | | | |
|   NORTH AMERICAN PARTNERS IN ANESTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5669 | | | | |
|   OB/GYN ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9468 | | | | |
|   PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1098 | | | | |
|   RECEIVABLES OUTSOURCING INC++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-10959                                                                                          Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7099 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,366.52 | 355.59 | 0.00 | 355.59 |
| Acct: 8583 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,137.85 | 170.97 | 0.00 | 170.97 |
| Acct: 3410 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 529.09 | 79.50 | 0.00 | 79.50 |
| Acct: 6911 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,046.32 | 157.22 | 0.00 | 157.22 |
| Acct: 9268 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5097 | | | | |
| UPMC PHYSICIAN SERVICES | 110.14 | 16.55 | 0.00 | 16.55 |
| Acct: 4758 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 1,389.85 | 208.84 | 0.00 | 208.84 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 78.07 | 11.73 | 0.00 | 11.73 |
| Acct: 0857 | | | | |
| UPMC HEALTH SERVICES | 2,046.18 | 307.46 | 0.00 | 307.46 |
| Acct: 4758 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 6,301.64 | 946.88 | 0.00 | 946.88 |
| Acct: 9255 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6911 | | | | |
| NICHOLAS R PAGLIARI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANESTHESIA CONSULTANTS OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMUNITY MEDICINE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HAMOT MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPPER BODY REHABILIATION CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,442.93 |

TOTAL PAID TO CREDITORS                                                                      86,147.95

TOTAL CLAIMED
PRIORITY              0.00
SECURED          13,964.06
UNSECURED        56,188.85

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL PAUL HILL
HEATHER LYNN HILL
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10959

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-10959-GLT

Michael Paul Hill     Chapter 13

Heather Lynn Hill

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Nov 25, 2022     Form ID: pdf900     Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Paul Hill, Heather Lynn Hill, 20 Johnson Street, Union City, PA 16438-1466 |
| 14691354 | + | Anesthesia Consultants of Erie, 232 West 25th Street, Erie, PA 16544-0002 |
| 14691355 | + | Ariosa Diagnostics Inc, Dept. Ch 16829, Palatine, IL 60055-0001 |
| 14691356 | + | Associated Clincical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14691360 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14691363 | + | Community Medicine, Inc., 200 Lothrop Street, Suite 9055, Forbes Tower, Pittsburgh, PA 15213-2536 |
| 14691366 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14691369 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15225663 | + | Erie Federal Credit Union, 3503 Peach St, Erie PA 16508-2741 |
| 14691378 | + | Medicor Associates Inc, 3330 Peach Street, Room 203, Erie, PA 16508-2772 |
| 14691380 | + | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14691381 | + | Ob/Gyn Associates of Erie, 100 Peach Street, Suite 300, Erie, PA 16507-1423 |
| 14691384 | + | Pathology Associates of Erie, 5700 Southwyck Boulevard, Toledo, OH 43614-1509 |
| 14691386 | + | Receiables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14691393 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14691396 | + | Upper Body Rehabiliation Center, 300 State Street, Suite 206, Erie, PA 16507-1429 |
| 14691398 | | Wells Fargo Financial National Bank, PO Box 5943, Sioux Falls, SD 57117-5943 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Nov 26 2022 00:05:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 26 2022 00:06:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691353 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 26 2022 00:06:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14691352 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | Aes / Pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14691357 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:42 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14691358 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 26 2022 00:04:50 | Capital One / Nautilus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736800 | | Email/PDF: bncnotices@becket-lee.com | Nov 26 2022 00:04:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14691359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:04:31 | Cardworks / CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14760917 | + | Email/Text: bnc@bass-associates.com | Nov 26 2022 00:05:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14691361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 26 2022 00:04:53 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14691362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 26 2022 00:06:00 | Comenity Bank / Kings Sizes, Po Box 182125, Columbus, OH 43218-2125 |
| 15005681 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 26 2022 00:05:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14691364 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 26 2022 00:06:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14691365 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2022 00:04:35 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14691367 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 26 2022 00:04:39 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14699042 | | Email/Text: mrdiscen@discover.com | Nov 26 2022 00:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14691368 | + | Email/Text: mrdiscen@discover.com | Nov 26 2022 00:05:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14881743 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 26 2022 00:06:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691371 | | Email/Text: jill@ffcc.com | Nov 26 2022 00:05:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14691372 | | Email/Text: BNSFS@capitalsvcs.com | Nov 26 2022 00:05:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14691370 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 26 2022 00:06:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14691373 | | Email/Text: Bankruptcy@ICSystem.com | Nov 26 2022 00:05:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14691374 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 26 2022 00:05:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14764775 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:38 | LVNV Funding, LLC its successors and assigns as, assignee of Murray Hill Grantor Trust, 2016-LC1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14762169 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:04:38 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691375 | + | Email/Text: bk@lendingclub.com | Nov 26 2022 00:06:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14691376 | | Email/Text: camanagement@mtb.com | Nov 26 2022 00:06:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14714794 | | Email/Text: camanagement@mtb.com | Nov 26 2022 00:06:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14762307 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 26 2022 00:04:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14691377 | + | Email/Text: mwetherbee@mmchs.org | Nov 26 2022 00:06:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14691379 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 26 2022 00:06:00 | Nelnet, Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14712820 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | Nelnet on behalf of PHEAA, PA Higher Education |

Case 17-10959-GLT    Doc 118    Filed 11/27/22    Entered 11/28/22 00:11:38    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2022 | Form ID: pdf900 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | | Assistance Agency, PO Box 8147, Harrisburg, PA. 17105, 8 17105-8147 |
| 14706691 | | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14691383 | + | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:31 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14691382 | + | Email/PDF: cbp@onemainfinancial.com | Nov 26 2022 00:04:41 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14713214 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2022 00:05:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14744828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2022 00:04:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14692183 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 26 2022 00:04:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768445 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14765324 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2022 00:06:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691385 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 26 2022 00:06:00 | Quest Diagnostic, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 14691387 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:33 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691388 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:49 | Syncb / HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691389 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:42 | Syncb / Specialized, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691390 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:50 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691391 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 26 2022 00:04:32 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691392 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Nov 26 2022 00:06:00 | Time Warner Cable, 60 Columbus Circle, New York, NY 10023-5860 |
| 14691394 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 26 2022 00:06:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14691395 | ^ | MEBN | Nov 25 2022 23:59:50 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14762990 | ^ | MEBN | Nov 26 2022 00:00:25 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14763205 | ^ | MEBN | Nov 26 2022 00:00:02 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14738421 | | Email/PDF: ebn_ais@aisinfo.com | Nov 26 2022 00:04:36 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14691397 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 26 2022 00:05:00 | Verizon, Bankruptcy Administration, 500 Tecnolgy Drive, Suite 500, Weldon Springs, MO 63304-2225 |
| 14726500 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 26 2022 00:04:34 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15198110 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 26 2022 00:06:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angele, CA 90010-3847 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762511 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14885599 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael Paul Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Heather Lynn Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Nicholas R. Pagliari | on behalf of Creditor Erie Community Credit Union npagliari@mijb.com sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6