IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-10959 GLT |
| | : | |
| MICHAEL PAUL HILL AND | : | CHIEF JUDGE GREGORY L. TADDONIO |
| HEATHER LYNN HILL, | : | |
|     Debtors. | : | CHAPTER 13 |
| | : | |
| ERIE FEDERAL CREDIT UNION, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |

## APPEARANCE AND REQUEST FOR NOTICE
## OF ALL PENDING AND FUTURE MATTERS

TO:  Clerk, United States Bankruptcy Court:

Please enter our general appearance on behalf of Erie Federal Credit Union in the above-captioned bankruptcy proceedings.  Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

        Respectfully Submitted,

        **THE QUINN LAW FIRM**

BY:    /s/ Michael S. Jan Janin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Phone:  (814) 833-2222, Ext. 1045
        Facsimile: 814-833-6753
        mjanjanin@quinnfirm.com
        Counsel for Erie Federal Credit Union

1584979

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-10959 GLT |
| | : | |
| MICHAEL PAUL HILL AND | : | CHIEF JUDGE GREGORY L. TADDONIO |
| HEATHER LYNN HILL, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| ERIE FEDERAL CREDIT UNION, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |

**CERTIFICATE OF SERVICE OF APPEARANCE AND REQUEST FOR NOTICE OF ALL PENDING AND FUTURE MATTERS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 8, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _CM/ECF Notification System_

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
- Daniel P. Foster, Counsel for Debtor, at dan@mrdebtbuster.com

        Respectfully Submitted,

        **THE QUINN LAW FIRM**

BY:   /s/ Michael S. Jan Janin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Phone: (814) 833-2222, Ext. 1045
        Facsimile: 814-833-6753
        mjanjanin@quinnfirm.com
        Counsel for Erie Federal Credit Union

1584979