**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Paul Hill<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2309<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Heather Lynn Hill<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4758<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17-10959-GLT

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Paul Hill                                Heather Lynn Hill

<u>1/11/23</u>                                **By the court:** <u>Gregory L Taddonio</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10959-GLT |
| Michael Paul Hill | Chapter 13 |
| Heather Lynn Hill | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 11, 2023 | Form ID: 3180W | Total Noticed: 74 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Paul Hill, Heather Lynn Hill, 20 Johnson Street, Union City, PA 16438-1466 |
| 14691354 | + | Anesthesia Consultants of Erie, 232 West 25th Street, Erie, PA 16544-0002 |
| 14691355 | + | Ariosa Diagnostics Inc, Dept. Ch 16829, Palatine, IL 60055-0001 |
| 14691356 | + | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14691360 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14691363 | + | Community Medicine, Inc., 200 Lothrop Street, Suite 9055, Forbes Tower, Pittsburgh, PA 15213-2536 |
| 14691366 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14691369 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15225663 | + | Erie Federal Credit Union, 3503 Peach St, Erie PA 16508-2741 |
| 14691378 | + | Medicor Associates Inc, 3330 Peach Street, Room 203, Erie, PA 16508-2772 |
| 14691380 | + | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14691381 | + | Ob/Gyn Associates of Erie, 100 Peach Street, Suite 300, Erie, PA 16507-1423 |
| 14691384 | + | Pathology Associates of Erie, 5700 Southwyck Boulevard, Toledo, OH 43614-1509 |
| 14691386 | + | Receiables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14691393 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14691396 | + | Upper Body Rehabiliation Center, 300 State Street, Suite 206, Erie, PA 16507-1429 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 12 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 12 2023 05:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2023 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: BASSASSOC.COM | Jan 12 2023 05:09:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 12 2023 00:12:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691353 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |

Case 17-10959-GLT    Doc 123    Filed 01/13/23    Entered 01/14/23 00:29:11    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 3180W | Total Noticed: 74 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14691352 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2023 00:12:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| | | | Jan 12 2023 00:11:00 | Aes / Pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14691357 | + | EDI: CAPITALONE.COM | Jan 12 2023 05:09:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14691358 | + | EDI: CAPITALONE.COM | Jan 12 2023 05:09:00 | Capital One / Nautilus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736800 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2023 00:17:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14691359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2023 00:17:47 | Cardworks / CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14760917 | + | EDI: BASSASSOC.COM | Jan 12 2023 05:09:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14691361 | + | EDI: CITICORP.COM | Jan 12 2023 05:09:00 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14691362 | + | EDI: WFNNB.COM | Jan 12 2023 05:09:00 | Comenity Bank / Kings Sizes, Po Box 182125, Columbus, OH 43218-2125 |
| 15005681 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2023 00:11:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14691364 | + | EDI: CCS.COM | Jan 12 2023 05:09:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14691365 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2023 00:17:40 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14691367 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 12 2023 00:17:40 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14699042 | | EDI: DISCOVER.COM | Jan 12 2023 05:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14691368 | + | EDI: DISCOVER.COM | Jan 12 2023 05:09:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14881743 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 12 2023 00:12:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691371 | | Email/Text: rj@ffcc.com | Jan 12 2023 00:11:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14691372 | | Email/Text: BNSFS@capitalsvcs.com | Jan 12 2023 00:11:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14691370 | + | EDI: BLUESTEM | Jan 12 2023 05:09:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14691373 | + | EDI: LCIICSYSTEM | Jan 12 2023 05:09:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14691374 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2023 00:11:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14764775 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 00:17:52 | LVNV Funding, LLC its successors and assigns as, assignee of Murray Hill Grantor Trust, 2016-LC1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14762169 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 00:17:52 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691375 | + | Email/Text: bk@lendingclub.com | Jan 12 2023 00:12:00 | Lending Club Corporation, 71 Stevenson Street, |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 300, San Francisco, CA 94105-2985 |
| 14691376 | | Email/Text: camanagement@mtb.com | Jan 12 2023 00:12:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14714794 | | Email/Text: camanagement@mtb.com | Jan 12 2023 00:12:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14762307 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2023 00:17:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14691377 | + | Email/Text: mwetherbee@mmchs.org | Jan 12 2023 00:12:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14691379 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 12 2023 00:12:00 | Nelnet, Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14712820 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2023 00:11:00 | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105, 8 17105-8147 |
| 14706691 | | EDI: AGFINANCE.COM | Jan 12 2023 05:09:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14691383 | + | EDI: AGFINANCE.COM | Jan 12 2023 05:09:00 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14691382 | + | EDI: AGFINANCE.COM | Jan 12 2023 05:09:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14713214 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2023 00:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14744828 | | EDI: PRA.COM | Jan 12 2023 05:09:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14692183 | + | EDI: RECOVERYCORP.COM | Jan 12 2023 05:09:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768445 | | EDI: Q3G.COM | Jan 12 2023 05:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14765324 | | EDI: Q3G.COM | Jan 12 2023 05:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691385 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 12 2023 00:12:00 | Quest Diagnostic, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 14691387 | + | EDI: RMSC.COM | Jan 12 2023 05:09:00 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691388 | + | EDI: RMSC.COM | Jan 12 2023 05:09:00 | Syncb / HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691389 | + | EDI: RMSC.COM | Jan 12 2023 05:09:00 | Syncb / Specialized, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691390 | + | EDI: RMSC.COM | Jan 12 2023 05:09:00 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691391 | + | EDI: RMSC.COM | Jan 12 2023 05:09:00 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691392 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Jan 12 2023 00:12:00 | Time Warner Cable, 60 Columbus Circle, New York, NY 10023-5860 |
| 14691394 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 12 2023 00:12:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14691395 | ^ | MEBN | Jan 12 2023 00:07:25 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14762990 | ^ | MEBN | Jan 12 2023 00:07:36 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 3180W | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 14763205 | ^ | MEBN | Jan 12 2023 00:07:29 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14738421 | | EDI: AIS.COM | Jan 12 2023 05:09:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14691397 | + | EDI: VERIZONCOMB.COM | Jan 12 2023 05:09:00 | Verizon, Bankruptcy Administration, 500 Tecnolgy Drive, Suite 500, Weldon Springs, MO 63304-2225 |
| 14726500 | | EDI: WFFC2 | Jan 12 2023 05:09:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14691398 | | EDI: WFFC.COM | Jan 12 2023 05:09:00 | Wells Fargo Financial National Bank, PO Box 5943, Sioux Falls, SD 57117-5943 |
| 15198110 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 12 2023 00:12:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angele, CA 90010-3847 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| cr | *+ | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762511 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14885599 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael Paul Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Heather Lynn Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| | | | |
|---|---|---|---|
| District/off: 0315-1 | User: auto | | Page 5 of 5 |
| Date Rcvd: Jan 11, 2023 | Form ID: 3180W | | Total Noticed: 74 |

Michael S. Jan Janin
    on behalf of Creditor Erie Federal Credit Union mjanjanin@quinnfirm.com
    slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Nicholas R. Pagliari
    on behalf of Creditor Erie Community Credit Union npagliari@mijb.com  sburick@mijb.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7