IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/11/23 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL PAUL HILL
HEATHER LYNN HILL
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10959

Chapter 13

Document No.: 115

ORDER OF COURT

AND NOW, this ___11th___ day of ___January___, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

ENTERED BY DEFAULT

BY THE COURT:

_____
Gregory L. Taddonio    jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-10959-GLT
Michael Paul Hill  Chapter 13
Heather Lynn Hill
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4
Date Rcvd: Jan 11, 2023      Form ID: pdf900      Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Paul Hill, Heather Lynn Hill, 20 Johnson Street, Union City, PA 16438-1466 |
| 14691354 | + | Anesthesia Consultants of Erie, 232 West 25th Street, Erie, PA 16544-0002 |
| 14691355 | + | Ariosa Diagnostics Inc, Dept. Ch 16829, Palatine, IL 60055-0001 |
| 14691356 | + | Associated Clincical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14691360 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14691363 | + | Community Medicine, Inc., 200 Lothrop Street, Suite 9055, Forbes Tower, Pittsburgh, PA 15213-2536 |
| 14691366 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14691369 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15225663 | + | Erie Federal Credit Union, 3503 Peach St, Erie PA 16508-2741 |
| 14691378 | + | Medicor Associates Inc, 3330 Peach Street, Room 203, Erie, PA 16508-2772 |
| 14691380 | + | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14691381 | + | Ob/Gyn Associates of Erie, 100 Peach Street, Suite 300, Erie, PA 16507-1423 |
| 14691384 | + | Pathology Associates of Erie, 5700 Southwyck Boulevard, Toledo, OH 43614-1509 |
| 14691386 | + | Receiables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14691393 | + | Transworld Systems Inc, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14691396 | + | Upper Body Rehabiliation Center, 300 State Street, Suite 206, Erie, PA 16507-1429 |
| 14691398 | | Wells Fargo Financial National Bank, PO Box 5943, Sioux Falls, SD 57117-5943 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@bass-associates.com | Jan 12 2023 00:11:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 12 2023 00:12:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691353 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 12 2023 00:12:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 14691352 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2023 00:11:00 | Aes / Pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14691357 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 00:17:58 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14691358 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 00:17:38 | Capital One / Nautilus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14736800 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2023 00:17:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14691359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2023 00:17:46 | Cardworks / CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |

Case 17-10959-GLT    Doc 124    Filed 01/13/23    Entered 01/14/23 00:29:11    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14760917 | + | Email/Text: bnc@bass-associates.com | Jan 12 2023 00:11:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14691361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 00:17:54 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14691362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2023 00:12:00 | Comenity Bank / Kings Sizes, Po Box 182125, Columbus, OH 43218-2125 |
| 15005681 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2023 00:11:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14691364 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 12 2023 00:12:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14691365 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2023 00:17:39 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14691367 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 12 2023 00:17:40 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14699042 | | Email/Text: mrdiscen@discover.com | Jan 12 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14691368 | + | Email/Text: mrdiscen@discover.com | Jan 12 2023 00:11:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14881743 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 12 2023 00:12:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14691371 | | Email/Text: rj@ffcc.com | Jan 12 2023 00:11:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14691372 | | Email/Text: BNSFS@capitalsvcs.com | Jan 12 2023 00:11:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14691370 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 12 2023 00:12:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14691373 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 12 2023 00:12:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14691374 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2023 00:11:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14764775 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 00:17:41 | LVNV Funding, LLC its successors and assigns as, assignee of Murray Hill Grantor Trust, 2016-LC1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14762169 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 00:17:40 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14691375 | + | Email/Text: bk@lendingclub.com | Jan 12 2023 00:12:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14691376 | | Email/Text: camanagement@mtb.com | Jan 12 2023 00:12:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14714794 | | Email/Text: camanagement@mtb.com | Jan 12 2023 00:12:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14762307 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2023 00:17:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14691377 | + | Email/Text: mwetherbee@mmchs.org | Jan 12 2023 00:12:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14691379 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 12 2023 00:12:00 | Nelnet, Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14712820 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2023 00:11:00 | Nelnet on behalf of PHEAA, PA Higher Education |

Case 17-10959-GLT    Doc 124    Filed 01/13/23    Entered 01/14/23 00:29:11    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Assistance Agency, PO Box 8147, Harrisburg, PA. 17105, 8 17105-8147 |
| 14706691 | | Email/PDF: cbp@onemainfinancial.com | Jan 12 2023 00:17:46 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14691383 | + | Email/PDF: cbp@onemainfinancial.com | Jan 12 2023 00:17:37 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14691382 | + | Email/PDF: cbp@onemainfinancial.com | Jan 12 2023 00:17:57 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14713214 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2023 00:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14744828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2023 00:17:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14692183 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 12 2023 00:18:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768445 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 00:12:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14765324 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 00:12:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14691385 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 12 2023 00:12:00 | Quest Diagnostic, 3 Giralda Farms, Madison, NJ 07940-1027 |
| 14691387 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 00:17:59 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691388 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 00:17:39 | Syncb / HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691389 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 00:18:03 | Syncb / Specialized, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691390 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 00:17:48 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691391 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 00:17:48 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14691392 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Jan 12 2023 00:12:00 | Time Warner Cable, 60 Columbus Circle, New York, NY 10023-5860 |
| 14691394 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 12 2023 00:12:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14691395 | ^ | MEBN | Jan 12 2023 00:07:27 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14762990 | ^ | MEBN | Jan 12 2023 00:07:37 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14763205 | ^ | MEBN | Jan 12 2023 00:07:30 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14738421 | | Email/PDF: ebn_ais@aisinfo.com | Jan 12 2023 00:17:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14691397 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 12 2023 00:11:00 | Verizon, Bankruptcy Administration, 500 Tecnolgy Drive, Suite 500, Weldon Springs, MO 63304-2225 |
| 14726500 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2023 00:17:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15198110 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 12 2023 00:12:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angele, CA 90010-3847 |

TOTAL: 55

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 72 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| cr | *+ | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762511 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14885599 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2023                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael Paul Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Heather Lynn Hill dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Michael S. Jan Janin | on behalf of Creditor Erie Federal Credit Union mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Nicholas R. Pagliari | on behalf of Creditor Erie Community Credit Union npagliari@mijb.com  sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7